JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, | ) Case No. SA CV 19-0983 FMO (AGRx) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| AMERICAN BUSINESS CARD LLC, | ) |
| Defendant. | ) |
| | ) |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 11th day of July, 2019.

                                                                  /s/
                                                        Fernando M. Olguin
                                                   United States District Judge